172 So.2d 703

**Mrs. Nena Machem McQUILLIN et al.**

v.

**TRAVELERS INDEMNITY COM-PANY et al.**

No. 47685.

March 30, 1965.

In re: Travelers Indemnity Company and D. E. Lewis applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Winn. 171 So. 2d 691.

Writ refused. On the facts found by the Court of Appeal the result is correct.

172 So.2d 703

**Lyle E. JONES**

v.

**Richard A. WHITTINGTON.**

No. 47686.

March 30, 1965.

In re: Richard A. Whittington applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo. 171 So.2d 764.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.